# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Tamara Hochman, individually and on behalf of others similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>CSC ServiceWorks, Inc.,<br><br>**Defendant.** | Case No.:  21-civ-3595 |

## STIPULATION AND ORDER OF DISMISSAL

This matter has been amicably resolved by and between the parties.  Therefore, it is hereby stipulated and agreed that any and all of Plaintiff's individual claims against Defendant in this matter are hereby dismissed **with prejudice** and without costs, and that Plaintiff's claims brought on behalf of the putative class are hereby dismissed **without prejudice** and without costs.

Dated: November 30, 2021

Respectfully submitted,

*/s/ David Slarskey*_____
David Slarskey
SLARSKEY LLC
420 Lexington Avenue
Suite 2525
New York, New York 10170
T: 212.658.0661
E: dslarskey@slarskey.com
ATTORNEYS FOR PLAINTIFFS

*/s Paul A. Williams*_____
Paul A. Williams, NY Bar No. 5677190
1660 17th Street, Suite 450
Denver, CO 80202-1254
T: 303.285.5300 | F: 303.285.5301
E: pwilliams@shb.com

William E. Vita, NY Bar No. 1963461
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
T: 212.989,8844 | F: 303.285.5301
E: wvita@shb.com

ATTORNEYS FOR DEFENDANT

**IT IS SO ORDERED.**

Dated: December  1 , 2021

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

```
The Clerk's Office is directed to
mark this case closed.
```